**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES CORTEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:20-cv-06734 |
| | ) | |
| PHH MORTGAGE CORPORATION, | ) | Hon. Sara L. Ellis |
| formerly known as Ocwen Loan Servicing, | ) | |
| LLC, a wholly owned subsidiary of Ocwen | ) | Mag. Sheila M. Finnegan |
| Financial Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO ENFORCE ARBITRATION AWARD
AND INCORPORATED MEMORANDUM OF LAW**

Defendant PHH Mortgage Corporation, pursuant to 9 U.S.C. § 9, respectfully requests that this Court enter an order confirming the arbitration judgment attached hereto as "Exhibit 1" and dismissing this matter with prejudice. In support of this request, PHH states that the parties previously agreed to arbitrate this matter pursuant to an arbitration agreement. (Dkt. No. 22). On March 31, 2021, this Court entered an order staying this matter pending the outcome of the arbitration. (Dkt. No. 24.) And on December 9, 2021, the parties' arbitrator entered an order granting PHH's motion to dismiss and dismissing Cortez's complaint with prejudice. (Ex. 1.)

As the matter has been dismissed by the arbitrator with prejudice pursuant to the parties' arbitration agreement, PHH respectfully requests that this Court enter an order confirming the arbitrator's judgment, and dismissing this action with prejudice. *See Hughs v. Socol Piers Resnick & Dym, Ltd. v. G3 Analytics, LLC*, 326 F. Supp.3d 924, 930 (N.D. Ill. 2018) ("By statute, we…'must grant' the present petition unless the award has been vacated, modified, or corrected under §§ 10 and 11 of the FAA.")

For the foregoing reasons, PHH respectfully requests that this Court confirm the judgment of the arbitrator, dismiss this matter with prejudice, and for all other relief that is appropriate and just.

Dated: January 6, 2022 **PHH Mortgage Corporation**

By: /s/ Ryan A. Sawyer
*One of its Attorneys*

Simon Fleischmann (6274929)
*sfleischmann@lockelord.com*
Ryan A. Sawyer (6293696)
*ryan.sawyer@lockelord.com*
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, IL 60606
Phone: 312-443-1751 (RAS)

## **CERTIFICATE OF SERVICE**

I, Ryan A. Sawyer, an attorney, certify that I caused the foregoing *Motion to Enforce Arbitration Award* to be filed on January 6, 2022, through the Court's Case Management/Electronic Case Files (CM/ECF) system, which will cause the same to be served upon all parties entitled to notice.

/s/ Ryan A. Sawyer